1  HOWARD MOORE, JR.., SBN  55228
   FANIA DAVIS, SBN  87268
2  JANE BOND MOORE, SBN  72000
   Moore and Moore
3  445 Bellevue Avenue, Second Floor
   Oakland, California 94610-4924
4  Telephone:    (510) 451-0104
   Facsimile:    (510) 451-5056
5
   Attorneys for Plaintiff
6
   LEWIS BRISBOIS BISGAARD & SMITH LLP
7  Gordon J. Fine, SBN 135979
   Kristen M. Pezone, SBN 224057
8  One Sansome Street, Suite 1400
   San Francisco, California  94104
9  Telephone:    (415) 362-2580
   Facsimile:    (415) 434-0882
10
   Attorneys for Defendants
11

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN FRANCISCO DIVISION
15

16 | ANTIA CHAVIS,                            )    NO.: C-04-01812-EDL
                                             )
17 |             Plaintiff,                   )
                                             )
18 | vs.                                      )    STIPULATION & [Proposed]
                                             )    ORDER DISMISSING
19 | MAGRUDER COLOR COMPANY, INC.;            )    ENTITY DEFENDANTS
   | Radiant COLOR; JOEL WEISGLASS;           )
20 | DARREN BIANCHI; BYRON GEILS; and         )
   | ROBERT MARQUEZ,                          )
21 |                                          )    [Rule 41, Fed. R. Civ. P.]
   |             Defendants.                  )
22 |_____)

23        It is hereby agreed and stipulated between Plaintiff Antia Chavis and Defendants

24  Magruder Color Company, Inc. and Radiant Color, the entity Defendants who remain in this

25  action, by their respective counsel of record herein that:

26        1)      this civil action shall be dismissed in its entirety with prejudice as to

27  Defendants Magruder Color Company, Inc. and Radiant Color; and

28

                Stipulation & [Proposed] Order Dismissing Entity Defendants  Case # C04-01812-EDL

1    2)    each party to this stipulation shall bear its own attorney's fees and costs.

2

3                                                        Moore and Moore
                                                         Attorneys for Plaintiff,
4                                                        Antia Chavis
     Dated: April 12, 2005
5

6                                                        By:_____s/_____
                                                             HOWARD MOORE, JR.
7

8
                                                         Lewis Brisbois Bisgaard & Smith LLP
9                                                        Attorneys for Defendants, Magruder
                                                         Color Company, Inc, Radiant Color,
10                                                       Joel Weisglass, Darren Bianchi,
                                                         Byron Geils, and Robert Marquez
11
     Dated: April 13, 2005
12

13                                                       By: ____s/_____
                                                             GORDON J. FINE
14

15

16
                                    **ORDER**
17

18        Pursuant to Stipulation: IT IS SO ORDERED and the above-entitled civil action is

19   hereby dismissed in its entirety with prejudice against Defendants Magruder Color

20   Company, Inc. and Radiant Color, and the Clerk of Court is hereby ordered to close the file

21   in this action and remove it from the Court's active calendar.

22

23   Dated: May _4_, 2005

24                                                       _____
                                                         **ELIZABETH D. LaPORTE**
25                                                       United States Magistrate Judge

26

27

28